**Zann Welch**
**AIS Portfolio Services, LP**
**P.O. Box 165028**
**Irving, TX 75016**
**(817) 277-2011 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR BMW Financial Services NA, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ADRIAN STAFFORD VERWAYNE | § § | CASE NO. 18-50346-BE-13 |
| | § | CHAPTER 13 |
| DEBTOR(S) | § § | |

### NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for BMW Financial Services NA, LLC, and files this its Notice of Withdrawal of the Request for Notice filed in the above-styled and numbered case on January 17, 2018.

Respectfully submitted,

/s/ Zann Welch
ZANN WELCH
AIS PORTFOLIO SERVICES, LP
P.O. BOX 165028
IRVING, TX 75016
(817) 277-2011

BANKRUPTCY SERVICER FOR
BMW Financial Services NA, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal of the Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 31st day of January, 2018.

/s/ Zann Welch
Zann Welch

**DEBTOR ATTORNEY:**
Karen King
King & King Law Llc
215 Pryor Street Sw
Atlanta, GA 30303

**TRUSTEE:**
Trustee of the U.S. Bankruptcy Court